[No. 21748–8–I.   Division One.   April 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HARLAND
BROCK BARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–8–05137–6, Stephen M. Gaddis, J. Pro
Tem., entered January 11, 1988. *Affirmed* by unpublished
opinion per Forrest, J., concurred in by Webster and
Pekelis, JJ. Now published at 54 Wn. App. 178.


[No. 20983–3–I.   Division One.   April 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO
PALOMO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04714–6, Richard M. Ishikawa, J.,
entered August 18, 1987. *Affirmed* by unpublished opinion
per Forrest, J., concurred in by Coleman, C.J., and Pekelis,
J.


[No. 20854–3–I.   Division One.   April 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM D.
COLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–00664–4, James J. Dore, J., entered July
21, 1987. *Reversed in part* by unpublished opinion per For-
rest, J., concurred in by Webster and Pekelis, JJ.


[No. 20987–6–I.   Division One.   April 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHELLE S.
BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–8–01162–5, Frank D. Howard, J., entered
June 11, 1987. *Affirmed* by unpublished opinion per Win-
sor, J., concurred in by Coleman, C.J., and Pekelis, J.